IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JONATHAN BUCHANAN, Defendant. | 6:22-po-05001-KLD VIOLATION: 9587230 ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total of $90.00 ($50.00 fine, $30 processing fee and $10 special assessment). Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for June 13, 2022, is VACATED.

DATED this 2nd day of June, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge